UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15 B 07612 |
| | CHAPTER 13 |
| JAY A KIJEK | |
| PATRICIA J KIJEK | JUDGE JACK B SCHMETTERER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORGAGE SERV

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 22 | XXXXXX9288 | $6,356.60 | $6,356.60 | $6,356.60 |
| Total Amount Paid by Trustee | | | | | $6,356.60 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-07612-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 4th day of September, 2018.

Debtor:
JAY A KIJEK
PATRICIA J KIJEK
7516 W. FOSTER
CHICAGO, IL 60656

Attorney:
DAVID FREYDIN
8707 SKOKIE BLVD #305
SKOKIE, IL 60077
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORGAGE SERV
PO BOX 3730
ANAHEIM, CA 92806

Mortgage Creditor:
THE BANK OF NEW YORK
% CODILIS & ASSOCIATES
15W030 N FORNTAGE RD #100
BURR RIDGE, IL 60527

Mortgage Creditor:
PROBER & RAPHAEL
20750 VENTURA BLVD #100
WOODLAND HILLS, CA 91364

Creditor:
CARRINGTON MORTGAGE
SERVICES LLC
1600 DOUGLASS RD #110
ANAHEIM, CA 92806

ELECTRONIC SERVICE - United States Trustee

Date: September 04, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603